NO. **AC 46666**

| | |
|---|---|
| Theodora F. Antar<br><br>v.<br><br>Matthew J. Lodice | APPELLATE COURT<br><br>STATE OF CONNECTICUT<br><br>AT HARTFORD<br><br><br><br>Date: JULY 24, 2023 |

## NOTICE OF REMOVAL WITH PREJUDICE TO FEDERAL COURT

TO THE SUPERIOR COURT OF THE STATE OF CONNECTICUT FOR THE JUDICIAL DISTRICT OF NEW HAVEN AND TO PLAINTIFF(S) THEODORA F. ANTAR, DEFENDANTS MATTHEW J. LODICE, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that PLAINTIFF THEODORA F. ANTAR has on JULY 24, 2023, filed a notice of removal with prejudice, a copy of which is attached, in the Office of the Clerk of the United States District Court for the District of Connecticut.

1

PLAINTIFF

THEODORA F. ANTAR, PRO SE


By:       *Theodora Antar*
        _____
        THEODORA F. ANTAR, PRO SE

        856 SHAGBARK DRIVE

        ORANGE, CT, 06477

        203-273-8419

        THEODORAANTAR@GMAIL.COM

## CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Removal to Federal Court was mailed or delivered electronically or nonelectronically on 7/23/2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

Parties and/or attorneys served:

Matthew John Lodice Pro, Se
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com


Honorable Judge Jane Kupson Grossman (Respondent #1) of the New Haven Superior Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT
Nancy.Sasser@jud.ct.gov

Support Enforcement Services (Juris 104033) SES New Haven
414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)
AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services
50 Humphrey St, New Haven, CT, 06513

*Theodora Antar*
_____
THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM