JUL 24 2023 PM 1:38
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT
## District of Connecticut

Theodora F. Antar
*Plaintiff*

v.

Matthew J. Lodice
*Defendant*

Case No. _____

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

07/24/2023
*Date*

*Theodora Antar*
*Filer's signature*

Theodora Antar
*Printed name*

856 Shagbark Drive
*Address*

Orange, CT, 06477
*City, State, Zip Code*

203-273-8419
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on 07/24/2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here: Matthew John Lodice Pro, Se
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528  C: (860) 518-2388
matthewlodice@gmail.com

*Theodora Antar*
*Filer's signature*

Rev. 8/11/15