UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Theodora F. Antar, Plaintiff

V().

Matthew J. Lodice, Defendant

Case No.
[Put case number here]

CONSENT TO ELECTRONIC NOTICE
BY SELF-REPRESENTED LITIGANT

A.  [Complete the first line for electronic notification from the court]

I, Theodora Antar _____ hereby consent to the court
(name of self-represented litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

B.  [Complete the second line for electronic service from opposing counsel; DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL]

I, Theodora Antar _____ hereby consent to opposing
(name of self-represented litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Theodora Antar
Name of Self-represented Litigant

856 Shagbark Drive
Street Address

Orange, CT, 06477
City, State, Zip Code

203-273-8419
Telephone

theodoraantar@gmail.com
Email Address

07/24/2023
Date

*Theodora Antar*
Signature

<u>Certificate of Service</u>

I hereby certify that on  7/24/23  , a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by mail on the following:

Matthew John Lodice Pro, Se
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Honorable Judge Jane Kupson Grossman (Respondent #1) of the New Haven Superior Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT
Nancy.Sasser@jud.ct.gov

Support Enforcement Services (Juris 104033) SES New Haven
414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)
AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services
50 Humphrey St, New Haven, CT, 06513


*Theodora Antar*
Signature of Self-represented Litigant