| [X] APPEAL | [ ] JOINT APPEAL | [ ] CROSS APPEAL | [ ] AMENDED APPEAL | [ ] CORRECTED FORM |
|---|---|---|---|---|

JD-SC-33   Rev. 11-21
P.B. Sections 3-8, 60-7, 60-8, 62-7, 62-8, 63-3, 63-4, 63-10, 72-3
C.G.S. Sections 31-301b, 51-197f, 52-470

*All appeals must be filed electronically unless an exemption from the requirements of electronic filing has been granted or you are an incarcerated self-represented party. For further information about e-filing or this form, see the Appeal Instructions, form JD-SC-34.*

[X] To Supreme Court   [ ] To Appellate Court

**Name of case** *(State full name of case)*
ANTAR, THEODORA, F v. LODICE, MATTHEW, J

Type of appellate matter *(If a writ of error, the writ and the signed marshal's return must be filed on the same business day as this form.  See Practice Book Section 72-3.)*

## Appeal

### Trial Court History

| Tried to | Trial court location |
|---|---|
| Court | 235 CHURCH STREET  New Haven CT 06510 |

| Trial court judges being appealed | List all trial court docket numbers, including location prefixes |
|---|---|
| HON JANE K GROSSMAN | NNH-FA-19-5046828-S Continued |

| All other trial court judges who were involved with the case | Judgment for *(Where there are multiple parties, specify those for whom judgment was rendered)* |
|---|---|
| HON. ERIKA M. TINDILL Continued | |

| Date of judgment(s) or decision(s) being appealed | Date of issuance of notice on any order on any motion that would render judgment ineffective | Date for filing appeal extended to |
|---|---|---|
| 06/29/2023 Continued | | |

| Case type | For Juvenile Cases |
|---|---|
| Family | [ ] Termination of Parental Rights  [ ] Order of Temporary Custody |

| For Civil/Family Case Types, Major/Minor code: | |
|---|---|
| F71 | [ ] Other _____ |

### Appeal

**Appeal filed by** *(Party name(s))*
Theodora Antar

**From** *(the action that constitutes the appealable judgment or decision)*
Custody/Visitation/Child Support action

If this appeal is taken by the State of Connecticut, provide the name of the judge who granted permission to appeal and the date of the order

**Statutory Basis for Appeal to Supreme Court**
no adequate remedy at law, clear right to relief, violation of rights

| By *(Signature of counsel of record)* | Telephone number | Fax number | Juris number *(If applicable)* |
|---|---|---|---|
| ▶ lookittstheo | 203-273-8419 | | |

### Appearance

| Type name and address of counsel of record filing this appellate matter *(This is your appearance; see Practice Book Section 62-8)* | E-mail address |
|---|---|
| Theodora  Antar   856 shagbark drive  orange CT 06477 | theodoraantar@gmail.com |

"X" one if applicable
[ ] Counsel or self-represented party who files this appeal will be deemed to have appeared **in addition to** counsel of record who appeared in the trial court.
[ ] Counsel or self-represented party who files this appeal is appearing **in place of:**

| Name of counsel of record | Juris number *(If applicable)* |
|---|---|
| | |

### Certification

I certify that a copy of the appeal form I am filing will immediately be delivered to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone numbers; the appeal form has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and the appeal form complies with all applicable rules of appellate procedure in accordance with Practice Book Sections 62-7 and 63-3.

Date to be delivered **07/05/2023**.

*If you have an exemption from e-filing under Practice Book Section 60-8, attach a list with the name, address, e-mail address, and telephone number of each counsel of record and the address where the copy was delivered.*

If this appeal is a criminal or habeas corpus matter, I certify that a copy of this appeal form will immediately be delivered to the Office of the Chief State's Attorney Appellate Bureau. Date to be delivered _____.

| Signed *(Counsel of record)* | Date signed |
|---|---|
| ▶ lookittstheo | 07/05/2023 |

### Required Documents

To be filed with the Appellate Clerk within ten days of the filing of the appeal, if applicable. See Practice Book Section 63-4.
1. Preliminary Statement of the Issues
2. Designation of the Proposed Contents of the Clerk Appendix
3. Court Reporter's Acknowledgment or Certificate that no transcript is necessary
4. Docketing Statement
5. Statement for Preargument Conference (form JD-SC-28A)
6. Constitutionality Notice
7. Sealing Order form, if any

**Court Use Only**
Date and time filed

| [X] Entry Fee Paid | [ ] No Fees Required | [ ] Fees, Costs, and Security waived by Judge *(enter Judge's name below)* |
|---|---|---|

| Judge | Date waived |
|---|---|
| | |

# Appeal Form (continued)

**CASE NAME:**
ANTAR, THEODORA, F v. LODICE, MATTHEW, J

**OTHER TRIAL COURT JUDGES**
HON. ERIKA M. TINDILL
HON. JENNIFER S. AGUILAR
DANIEL KLAU
HON. MARK T GOULD
HON. MAUREEN PRICE-BORELAND
Christopher Griffin
HON. MARGARET M. MURPHY
HON. KAREN A. GOODROW
HON. JAMES G. KENEFICK
donald green
HON. SUSAN A. CONNORS
HON. MICHAEL L. FERGUSON

**JUDGMENT DATES**
06/29/2023
06/22/2023
06/21/2023
06/19/2023
06/30/2023
06/16/2023
06/14/2023
06/15/2023
06/11/2023
06/08/2023
06/08/2023
06/13/2023
06/09/2023
05/31/2023
05/30/2023
05/25/2023
05/23/2023
05/22/2023
07/05/2023
07/03/2023

# Parties & Appearances

**PARTY/PARTIES INITIATING THE APPEAL**

Theodora Antar
Self Rep: Theodora Antar
856 shagbark drive
orange, CT 06477
Phone: (203) 273-8419   Fax:
Email: theodoraantar@gmail.com

**ALL OTHER PARTIES AND APPEARANCES**

THEODORA F ANTAR
Self Rep: THEODORA F ANTAR

## Appeal Form (continued)

MATTHEW J LODICE
    Self Rep: MATTHEW J LODICE
        Revised Information: 48 Quarry Hill Rd, Waterbury, CT, 06706

SUPPORT ENFORCEMENT (FAMILY)
    Juris: 104033 SES-NEW HAVEN
        414-A CHAPEL STREET
        2ND FLOOR
        NEW HAVEN, CT 06511
        Phone:   Fax:
        Email:

MOTION TO INTERVENE
    Self Rep: MOTION TO INTERVENE

AAG Gail M Lawrence (401580)   - Manually Added Party
    Revised Information: AG-Collections/Child Sup 165 Capitol Ave, 4th Floor, Hartford, CT, 06106

Office of Child Support Services   - Manually Added Party
    Revised Information: Dept of Social Services, 50 Humphrey St, New Haven, CT, 06513

## Additional Trial Court Docket Numbers Appealed

NNH-FA-19-6096801-S
Theodora F. Antar v. Matthew J. Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN, HON. FREDERIC GILMAN, HON. JENNIFER S. AGUILAR, HON. DANIEL R GREEN
Judgment Date(s): 07/05/2023, 06/21/2023, 06/22/2023

AAN-FA-23-5023487-S
Angelina Lodice PPA Theodora Antar v. Matthew Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON. ERIKA M. TINDILL, HON JANE K GROSSMAN
Judgment Date(s): 06/06/2023

HHB-FA-23-5033889-S
Angelina Lodice PPA Theodora Antar v. Matthew Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN, HON. TAMMY D. GEATHERS
Judgment Date(s): 06/09/2023, 06/15/2023, 06/22/2023, 05/25/2023, 05/31/2023

NNH-FA-23-5057106-S
Theodora F. Antar v. Matthew Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN
Judgment Date(s): 06/15/2023, 06/22/2023

NNH-FA-23-5057154-S
Theodora Antar v. Matthew J. Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN
Judgment Date(s): 06/15/2023, 06/22/2023

## Appeal Form (continued)

NNH-FA-23-5057121-S
Theodora Antar v. Matthew Lodice
Tried to: Court
Trial judge(s) decisions being appealed: HON JANE K GROSSMAN
Judgment Date(s): 06/15/2023, 06/22/2023

Print this Page

## Confirmation of E-filing

| | |
|---|---|
| Supreme/Appellate Docket Number: | **SC 20851** |
| Trial Court Docket Number: | **AAN-FA-23-5023487-S** |
| Type of Transaction: | **APPEAL** |
| Fee Amount: | **$250.00 CHECK** |
| Service Fee: | $0.00 |
| Total Transaction Amount: | $250.00 |
| Date Filed: | 07/06/2023 |
| Filed By: | **Lookittstheo - Theodora Antar** |
| Date & Time of Transaction: | **07/05/2023 10:11 PM** |
| Documents Filed: | 371038-371037APPEAL-SC-20851 |
| **Payment Confirmation Number:** | **JUDAP0009468** |

Close