# STATE OF CONNECTICUT

## SUPREME COURT
## APPELLATE COURT

| | |
|---|---|
| CARL D. CICCHETTI<br>CHIEF CLERK | 231 CAPITOL AVENUE<br>HARTFORD, CT 06106 |
| RENÉ L. ROBERTSON<br>DEPUTY CHIEF CLERK | TEL. (860) 757-2200 |

July 6, 2023

Dear Counsel of Record:

The appeal filed July 6, 2023, has been assigned docket number **AC 46666, *T. A. v. M. L.***

The clerk assigned to this appeal is Attorney Sarah Hanna, who may be reached at (860) 757-2225. Please note that clerks are not permitted to give legal advice.

**Substantial amendments to the Rules of Appellate Procedure took effect October 1, 2021, including an electronic briefing requirement for all filers not exempt from electronic filing pursuant to Practice Book § 60-8.** Please consult the Connecticut Practice Book and the How to Create Electronic Briefs Guide for additional information.

The Appellate Clerk's Office is open from 8:30 a.m. to 5:00 p.m. on weekdays, with the exception of legal holidays and closures due to inclement weather or exigent circumstances. The window at the Appellate Clerk's Office is open from 8:30 a.m. to 4:30 p.m. Please see Practice Book § 63-2 and the Judicial Branch website for more information. On the website you will also find self-help publications and samples, the Handbook of Appellate Procedure, and forms related to the appellate process.

Official notices in Supreme and Appellate Court matters are delivered electronically to the E-Services Inbox of attorneys, law firms, and self-represented parties who have an appearance in the file and have filed an appellate electronic access form (JD-AC-015) when required by Practice Book § 60-7 (c). Paper notices via U.S. Mail are issued only for attorneys and self-represented parties who are excluded or exempt from the requirements of e-filing.

Thank you.