

# STATE OF CONNECTICUT

## SUPREME COURT
## APPELLATE COURT

| | |
|---|---|
| CARL D. CICCHETTI<br>CHIEF CLERK | 231 CAPITOL AVENUE<br>HARTFORD, CT 06106 |
| RENÉ L. ROBERTSON<br>DEPUTY CHIEF CLERK | TEL. (860) 757-2200 |

July 6, 2023

RE: SC 20851, *T. A. v. M. L.*

Dear Counsel of Record:

    It appears from a review of the file in the above-captioned matter, that the appeal was not filed to the proper court. The appeal is transferred to the Appellate Court pursuant to Connecticut Practice Book § 65-4 and is assigned docket number ***AC 46666***. Use only the Appellate Court number on all future filings.

    The clerk assigned to your case is Attorney Sarah Hanna. If you have questions concerning this matter, your case manager may be reached at 860-757-2225.

                                                                               Very truly yours,

                                                                               /s/
                                                              Carl D. Cicchetti
                                                              Chief Clerk

cc:
Hon. Jane K. Grossman
Clerk, Superior Court, NNHFA195046828S