

# STATE OF CONNECTICUT

## SUPREME COURT
## APPELLATE COURT

| | |
|---|---|
| CARL D. CICCHETTI<br>CHIEF CLERK | 231 CAPITOL AVENUE<br>HARTFORD, CT 06106 |
| RENÉ L. ROBERTSON<br>DEPUTY CHIEF CLERK | TEL. (860) 757-2200 |

July 7, 2023

**RE:** **S.C. 20851**, *Theodora F. Antar* v. *Matthew J. Lodice*, transferred to
**AC 46666,** *Theodora F. Antar* v. *Matthew J. Lodice*

Dear Counsel of Record:

Please be advised that as of this date, the name of the above-captioned appeal has been changed to **AC 46666,** ***T.A.* v. *M.L***. See the federal Violence Against Women Act Reauthorization Act of 2022. **Please use the new case caption on all future filings with this court.**

Your cooperation is appreciated.

Very truly yours,

/s/
Sarah Hanna
Assistant Clerk, Appellate

cc:
Hon. Jane K. Grossman
Clerk, Superior Court, NNH-FA19-5046828-S