| | | |
|---|---|---|
| **APPEARANCE**<br>JD-SC-36   Rev. 1-23<br>P.B. §§ 60-8, 62-7, 69-3, 70-1 | **Instructions** - *See page 2*<br>**ADA Notice** - *See page 2* | STATE OF CONNECTICUT<br>**SUPREME COURT**<br>**APPELLATE COURT**<br>www.jud.ct.gov |

### Notice to Self-Represented Parties
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by selecting the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is listed below.

*Note: Attorneys or firms who list a change of address on this form must first contact the Statewide Grievance Committee to effectuate the change.*
*Note: An appearance filed after the case is ready pursuant to Practice Book Section 62-8 requires permission of the court.*

| Trial Court docket number | Appeal docket number |
|---|---|
| | |

**Appeal caption(s)** (*Full name of Plaintiff vs. Full name of Defendant*)

### Enter the appearance of

| Name of self-represented party (*See "Notice to Self-Represented Parties" at top*), or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
|---|---|
| | |

| Mailing Address (*Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. This address cannot be changed in this form.*) | Post Office Box | Telephone number (*Area code first*) |
|---|---|---|
| | | |

| City/Town | State | Zip Code | Fax number (*Area code first*) | E-mail address |
|---|---|---|---|---|
| | | | | |

**In the case named above for:**

☐ Appellant(s) (party filing the appeal):     ☐ Appellee(s) (party responding to the appeal):

☐ Plaintiff in Error (party filing the Writ of Error):     ☐ Defendant in Error (party responding to the Writ of Error):     ☐ Other:

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties selected above, select box 1 or 2 below:*

1. ☐ This is in place of the appearance of the following attorney, firm, or self-represented party on file (Practice Book Section 3-8):
   Name and juris number

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case pursuant to Practice Book Section 62-7.**   ☐ Yes   ☐ No

| Signed (*Individual attorney or self-represented party*)<br>*Theodora Antar* | Name of person signing at left (*Print or type*) | Date signed |
|---|---|---|

### Certification
I certify that a copy of the document(s) that I am filing has been delivered on _____ to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone and facsimile numbers; the document(s) have been redacted or do not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and comply with all applicable rules of appellate procedure in accordance with Practice Book Section 62-7.

*If you have an exemption from e-filing under Practice Book Section 60-8, attach a list with the name, address, e-mail address, telephone number, and facsimile number of each counsel of record and the address where the copy was delivered.*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

| Signed (*Counsel of record*)<br>▶ *Theodora Antar* | Date signed |
|---|---|

☐ Names, addresses and numbers included on separate page.

**Page 1**

# Instructions

1. *Type or print.*

2. **For all Appellate Cases**:
   **Instructions for electronic filing**: *Fill out this form and e-mail a copy to all counsel and self-represented parties (See Practice Book Section 62-7). E-file this form by uploading it under "Appearance."*

   **Instructions for parties exempt from electronic filing**: *Fill out this form and hand deliver or mail a copy to all counsel and self-represented parties (see Practice Book Section 62-7). File this form by hand delivering it or mailing it to the Appellate Clerk at 231 Capitol Avenue, Hartford, CT 06106.*

3. *For Self-represented parties who have changed their address after filing an appearance: Select the box at the top of page 1 of this form. Fill out the form, including your new address in the Mailing Address section of this form, and then file it as above.*

---

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

## CERTIFICATION OF SERVICE

I hereby certify that on July 22, 2023, I served a copy of the foregoing to all counsel and parties on record as listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action/Respondent #2)
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Honorable Judge Jane Kupson Grossman (Respondent #1) of the New Haven Superior Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT
Nancy.Sasser@jud.ct.gov

Support Enforcement Services (Juris 104033) SES New Haven
414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)
AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services
50 Humphrey St, New Haven, CT, 06513

Respectfully submitted,
July 22, 2023
<u>/s/</u>
Theodora F. Antar
Petitioner, Pro Se
856 Shagbark Drive,
Orange, CT, 06477
theodoraantar@gmail.com
(203)273-8419