# State of Connecticut
# Judicial Branch

E-Services Menu

E-Services Inbox

Transcript Home

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 9:35:06 AM |
| **Current Status:** | Processing |

## Transcript Details

| | |
|---|---|
| **Order ID:** | 21996 |
| **Proceeding Conducted:** | Unknown |
| | **Judicial District:** |

AAN - Ansonia/Milford
State v Lodice
A05DCR230190622S
106 Elizabeth
Criminal
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 shagbark drive orange ct 06477
2032738419
victim
No

| | |
|---|---|
| **Case Name:** | |
| **Trial Docket Number:** | |
| **Trial Court Location:** | |
| **Case Type:** | |
| **Case Tried To:** | |
| **Appeal To:** | |
| **Appeal:** | |
| **Previous Transcript:** | |
| **Person Ordering:** | |
| **Email Address:** | |
| **Mailing Address:** | |
| **Telephone Number:** | |
| **Relationship:** | |
| **Fee Waiver:** | |
| **Hearing Dates:** | |

1) 01/30/2023 JONES,SCOTT

2) 03/01/2023 JONES,SCOTT

3) 03/29/2023 JONES,SCOTT

4) 04/14/2023 JONES,SCOTT

5) 05/01/2023 JONES,SCOTT

Return to Transcript Home

Copyright Judicial Branch © 2023



## State of Connecticut
## Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com**  Logout

Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 9:24:02 AM |
| **Current Status:** | Processing |

Transcript Details

**Order ID:**       21993
**Proceeding**      Unknown
**Conducted:**      **Judicial District:**

NNH - New Haven
Antar v Lodice
NNH-FA-20-5049515
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 shagbark drive orange ct 06477
2032738419
plaintiff
No

1) 12/29/2020 PRICE-BORELAND,MAUREEN

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

Return to Transcript Home

Copyright Judicial Branch © 2023



**State of Connecticut**
**Judicial Branch**

E-Services Menu

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com**  Logout

E-Services Inbox

Transcript Status

Transcript Home

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 9:25:38 AM |
| **Current Status:** | Processing |

Transcript Details

| | |
|---|---|
| **Order ID:** | 21994 |
| **Proceeding Conducted:** | In-person |
| | **Judicial District:** |

NNH - New Haven
Antar v Lodice
NNH-FA-21-5049981-S
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 Shagbark Drive Orange CT 06477
2032738419
plaintiff
No

1) 03/08/2021 PRICE-BORELAND,MAUREEN

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

Return to Transcript Home

Copyright Judicial Branch © 2023



**State of Connecticut**
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com**  Logout

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 9:27:35 AM |
| **Current Status:** | Processing |

### Transcript Details

| | |
|---|---|
| **Order ID:** | 21995 |
| **Proceeding** | Unknown |
| **Conducted:** | **Judicial District:** |

NNH - New Haven
Antar v Lodice
NNH-FA-22-5052817
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
theodora antar
theodoraantar@gmail.com
856 shagbark drive orange ct 06477
2032738419
plaintiff
No
1) 02/28/2022 GROSSMAN,JANE

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

Return to Transcript Home

Copyright Judicial Branch © 2023

**State of Connecticut**
# Judicial Branch

E-Services Menu

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

E-Services Inbox

**Instructions:** Welcome to your transcript requests. You can use this page to add a new transcript request or to review existing ones. How Do I...

Transcript Home

Choose a transcript type to start your request:   Choose a Transcript Type                    ⌃⌄

Start Transcript Request

## Pending Requests: 4

| Date Requested | Type | Case Name | Request Details | Status | |
|---|---|---|---|---|---|
| 07/22/2023 | JD-ES-38 | Antar v Lodie | **Dates Ordered:** 11-23-2022 GRIFFIN, CHRISTOPHER <br> **Docket No:** NNH-FA-225055233S | Processing | View |
| 07/22/2023 | JD-ES-38 | Antar v Lodice | **Dates Ordered:** 11-05-2019 GREEN, DONALD <br> **Docket No:** NNH-FA-19-6096801S | Processing | View |
| 07/22/2023 | JD-ES-38 | Antar v Lodice | **Dates Ordered:** 11-07-2019 KLAU, DANIEL <br> 03-09-2022 AGUILAR, JENNIFER <br> 04-08-2022 GROSSMAN, JANE <br> 04-12-2022 PRICE-BORELAND, MAUREEN <br> 06-01-2022 GILMAN, FREDERIC <br> 06-28-2022 GROSSMAN, JANE <br> 06-29-2022 FERGUSON, MICHAEL <br> 09-12-2022 AGUILAR, JENNIFER <br> 12-01-2022 GROSSMAN, JANE <br> 03-27-2023 GROSSMAN, JANE <br> 04-05-2023 GROSSMAN, JANE <br> 05-25-2023 GROSSMAN, JANE <br> 06-15-2023 GROSSMAN, JANE <br> 07-03-2023 GOULD, MARK <br> **Docket No:** NNH-FA-19-5046828S | Processing | View |
| 07/22/2023 | JD-ES-38 | State v Lodice | **Dates Ordered:** 06-22-2023 JONES, SCOTT <br> **Docket No:** A05D-CR23-0190622S | Processing | View |

**Completed Requests:** 35 requests displayed out of 43 total

| Date Completed | Type | Case Name | Request Details | Status | |
|---|---|---|---|---|---|
| 06/25/2023 | JD-ES-262 | State v Lodice | **Dates Ordered:** 06-22-2023 JONES, SCOTT **Docket No:** A05D-CR23-0190622S | Order Finished | View |
| 06/22/2023 | JD-ES-38 | State v Lodice | **Dates Ordered:** 06-22-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 11-05-2019 GREEN, DONALD **Docket No:** NNH-FA-19-6096801S | Order Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar | **Dates Ordered:** 11-07-2019 KLAU, DANIEL **Docket No:** NNH-FA-19-5046828S | Request cancelled | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 11-23-2022 GRIFFIN, CHRISTOPHER **Docket No:** NNH-FA-225055233S | Order Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 09-12-2022 AGUILAR, JENNIFER **Docket No:** NNH-FA-19-5046828S | Order Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 12-29-2020 PRICE-BORELAND, MAUREEN **Docket No:** NNH-FA-20-5049515-S | Order Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 03-08-2021 PRICE-BORELAND, MAUREEN **Docket No:** NNH-FA-21-5049981-S | Order Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 02-28-2022 GROSSMAN, JANE **Docket No:** NNH-FA-22-5052817 | Order Finished | View |
| 06/20/2023 | JD-ES-38 | State v Lodice | **Dates Ordered:** 01-30-2023 JONES, SCOTT 02-01-2023 JONES, SCOTT | Order Finished | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 03-01-2023 JONES, SCOTT<br>03-29-2023 JONES, SCOTT<br>04-14-2023 JONES, SCOTT<br>05-01-2023 JONES, SCOTT<br>**Docket No:**<br>A05DCR230190622S | | [View](#) |
| 06/20/2023 | JD-ES-38 | State v. Katagis | **Dates Ordered:** 06-04-2009<br>DAMIANI, RICHARD<br>**Docket No:** NNH-CR-07-<br>0075571-T | Order<br>Finished | [View](#) |
| 06/20/2023 | JD-ES-38 | Mark Wachter v.<br>Theodora Antar | **Dates Ordered:** 04-24-2023<br>GROSSMAN, JANE<br>**Docket No:** NNH-FA-23-<br>5056534-S | Order<br>Finished | [View](#) |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v.<br>Gerald Viglione | **Dates Ordered:** 10-11-2022<br>GROSSMAN, JANE<br>**Docket No:** NNH-FA16-<br>4068691-S | Order<br>Finished | [View](#) |
| 06/17/2023 | JD-ES-38 | LODICE, MONICA V.<br>LODICE, MATTHEW, J | **Dates Ordered:** 10-02-2019<br>ABERY-WETSTONE, HOLLY<br>**Docket No:** HHB-FA-13-<br>4034032-S | Order<br>Finished | [View](#) |
| 06/17/2023 | JD-ES-38 | Antar V Lodice | **Dates Ordered:** 11-07-2019<br>KLAU, DANIEL<br>03-09-2022 AGUILAR,<br>JENNIFER<br>04-08-2022 GROSSMAN, JANE<br>04-12-2022 PRICE-<br>BORELAND, MAUREEN<br>06-01-2022 GILMAN,<br>FREDERIC<br>06-28-2022 GROSSMAN, JANE<br>06-29-2022 FERGUSON,<br>MICHAEL<br>12-01-2022 GROSSMAN, JANE<br>03-27-2023 GROSSMAN, JANE<br>04-05-2023 GROSSMAN, JANE<br>05-25-2023 GROSSMAN, JANE<br>06-15-2023 GROSSMAN, JANE<br>**Docket No:** NNH-FA-19-<br>5046828S | Order<br>Finished | [View](#) |
| 06/15/2023 | JD-ES-262 | Antar v lodice | **Dates Ordered:** 06-15-2023<br>GROSSMAN, JANE | Order<br>Finished | [View](#) |

| | | | | |
|---|---|---|---|---|
| | | | GROSSMAN, JANE | Finished | View |
| | | | **Docket No:** Nnhfa195046828 | | |
| 06/15/2023 JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 06-15-2023 GROSSMAN, JANE **Docket No:** Nnh-fa-19-5046828s | Request cancelled | View |
| 06/08/2023 JD-ES-262 | Monica Lodice v Matthew Lodice | **Dates Ordered:** 10-02-2019 **Docket No:** HHB-FA13-4034032-S | Order Finished | View |
| 06/08/2023 JD-ES-262 | State v Katagis | **Dates Ordered:** 06-04-2009 **Docket No:** NNH-CR-07-0075571-T | Order Finished | View |
| 06/08/2023 JD-ES-262 | Mark Wachter v. Theodora Antar | **Dates Ordered:** 04-24-2023 GROSSMAN, JANE **Docket No:** NNH-FA23-5056534-S | Order Finished | View |
| 06/08/2023 JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 10-27-2022 GROSSMAN, JANE **Docket No:** NNHFA195046828S | Request cancelled | View |
| 06/01/2023 JD-ES-262 | Theodora Antar v Gerald Viglione | **Dates Ordered:** 10-11-2022 GROSSMAN, JANE **Docket No:** NNH-FA16-4068691-S | Order Finished | View |
| 06/01/2023 JD-ES-262 | state v lodice | **Dates Ordered:** 04-14-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | View |
| 06/01/2023 JD-ES-262 | state v lodice | **Dates Ordered:** 03-29-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | View |
| 06/01/2023 JD-ES-262 | state v lodice | **Dates Ordered:** 05-01-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | View |
| 06/01/2023 JD-ES-262 | State V Lodice | **Dates Ordered:** 03-01-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | View |
| 06/01/2023 JD-ES-262 | State V Lodice | **Dates Ordered:** 01-30-2023 JONES, SCOTT | Order Finished | |

| | | | | |
|---|---|---|---|---|
| | | | **Docket No:**<br>A05DCR230190622S | View |
| 06/01/2023 JD-ES-262 | Theodora Antar v<br>Matthew Lodice | **Dates Ordered:** 02-25-2022<br>GROSSMAN, JANE<br>02-28-2022<br>**Docket No:** FA-22-5052817 | Order<br>Finished | View |
| 05/31/2023 JD-ES-262 | Theodora Antar v<br>Matthew Lodice | **Dates Ordered:** 03-08-2021<br>PRICE-BORELAND, MAUREEN<br>**Docket No:** NNH-FA-21-<br>5049981-S | Order<br>Finished | View |
| 05/31/2023 JD-ES-262 | Theodora F. Antar v.<br>Matthew J. Lodice | **Dates Ordered:** 12-29-2020<br>PRICE-BORELAND, MAUREEN<br>**Docket No:** NNH-FA20-<br>5049515-S | Order<br>Finished | View |
| 05/31/2023 JD-ES-38 | Theodora F. Antar v.<br>Matthew J. Lodice | **Dates Ordered:** 05-25-2023<br>GROSSMAN, JANE<br>**Docket No:** NNH-FA19-<br>5046828-S | Request<br>cancelled | View |
| 05/22/2023 JD-ES-262 | Antar, Theodora F.<br>Vs. Lodice, Matthew<br>J. | **Dates Ordered:** 09-12-2022<br>AGUILAR, JENNIFER<br>11-23-2022 GRIFFIN,<br>CHRISTOPHER<br>12-01-2022 GROSSMAN, JANE<br>01-30-2023 JONES, SCOTT<br>03-01-2023 JONES, SCOTT<br>03-27-2023 GROSSMAN, JANE<br>03-29-2023 JONES, SCOTT<br>04-05-2023 GROSSMAN, JANE<br>04-14-2023 JONES, SCOTT<br>05-01-2023 JONES, SCOTT<br>05-25-2023 GROSSMAN, JANE<br>**Docket No:** NNH-FA19-<br>5046828-S | Order<br>Finished | View |
| 07/28/2022 JD-ES-262 | Antar, Theodora F. Vs<br>Lodice, Matthew J. | **Dates Ordered:** 03-09-2022<br>AGUILAR, JENNIFER<br>**Docket No:**<br>Nnhfa195046828s | Order<br>Finished | View |
| 07/25/2022 JD-ES-262 | Antar, Theodora F.<br>Vs. Lodice, Matthew<br>J. | **Dates Ordered:** 11-07-2019<br>KLAU, DANIEL<br>04-08-2022 GROSSMAN, JANE<br>04-12-2022 PRICE-<br>BORELAND, MAUREEN | Order<br>Finished | View |

| | | | | | |
|---|---|---|---|---|---|
| | | | BURELAND, MAUREEN | | |
| | | | 06-01-2022 GILMAN, FREDERIC | | View |
| | | | 06-28-2022 GROSSMAN, JANE | | |
| | | | 06-29-2022 FERGUSON, MICHAEL | | |
| | | | **Docket No:** NNH-FA19-5046828-S | | |
| 07/25/2022 | JD-ES-262 | Antar, Theodora F. Vs. Lodice, Matthew J. | **Dates Ordered:** 11-05-2019 GREEN, DONALD | Order Finished | View |
| | | | **Docket No:** NNH-FA19-6096801-S | | |

Copyright Judicial Branch © 2023

# State of Connecticut
## Judicial Branch

---

**Logged in User: Theodora Antar (Lookittstheo) E-Mail: Theodoraantar@gmail.com**  Logout

E-Services Menu

E-Services Inbox

Transcript Home

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 8:06:55 AM |
| **Current Status:** | Processing |

### Transcript Details

**Order ID:**  21989

**Proceeding Conducted:**  Unknown

**Judicial District:**

AAN - Ansonia/Milford
State v Lodice
A05D-CR23-0190622S
106 Elizabeth
Criminal
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 Shagbark Drive, Orange, CT, 06477
2032738419
victim
No

1) 06/22/2023 JONES,SCOTT

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

---

Return to Transcript Home

Copyright Judicial Branch © 2023

# State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 8:21:32 AM |
| **Current Status:** | Processing |

## Transcript Details

| | |
|---|---|
| **Order ID:** | 21990 |
| **Proceeding** | In-person |
| **Conducted:** | **Judicial District:** |

NNH - New Haven

Antar v Lodice

NNH-FA-19-5046828S

235 Church

Family

Court

Appellate Court

From judgment involving custody of minor children

No

Theodora Antar

theodoraantar@gmail.com

856 shagbark drive, Orange, CT, 06477

2032738419

plaintiff

No

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

1) 11/07/2019 KLAU,DANIEL

2) 03/09/2022 AGUILAR,JENNIFER

3) 04/08/2022 GROSSMAN,JANE

4) 04/12/2022 PRICE-BORELAND,MAUREEN

5) 06/01/2022 GILMAN,FREDERIC

6) 06/28/2022 GROSSMAN,JANE

7) 06/29/2022 FERGUSON,MICHAEL

8) 09/12/2022 AGUILAR,JENNIFER

9) 12/01/2022 GROSSMAN,JANE

10) 03/27/2023 GROSSMAN,JANE

10) 05/27/2023 GROSSMAN,JANE

11) 04/05/2023 GROSSMAN,JANE

12) 05/25/2023 GROSSMAN,JANE

13) 06/15/2023 GROSSMAN,JANE

14) 07/03/2023 GOULD,MARK

Return to Transcript Home

Copyright Judicial Branch © 2023

## State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

E-Services Menu

E-Services Inbox

Transcript Home

### Transcript Status

**Type:** JD-ES-38
**Date Requested:** 7/22/2023 9:19:32 AM
**Current Status:** Processing

### Transcript Details

**Order ID:** 21991
**Proceeding**
**Conducted:** Unknown
           **Judicial District:**

NNH - New Haven
Antar v Lodice
NNH-FA-19-6096801S
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 Shagbark Drive, orange, ct, 06477
2032738419
plaintiff
No

   1) 11/05/2019 GREEN,DONALD

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

Return to Transcript Home

Copyright Judicial Branch © 2023

# State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com**  Logout

E-Services Menu

E-Services Inbox

Transcript Home

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 9:21:31 AM |
| **Current Status:** | Processing |

## Transcript Details

| | | | |
|---|---|---|---|
| **Order ID:** | 21992 | | |
| **Proceeding Conducted:** | In-person | **Judicial District:** | |
| NNH - New Haven | | **Case Name:** | |
| Antar v Lodie | | **Trial Docket Number:** | |
| NNH-FA-225055233S | | **Trial Court Location:** | |
| 235 Church | | **Case Type:** | |
| Family | | **Case Tried To:** | |
| Court | | **Appeal To:** | |
| Appellate Court | | **Appeal:** | |
| From judgment involving custody of minor children | | **Previous Transcript:** | |
| No | | **Person Ordering:** | |
| Theodora Antar | | **Email Address:** | |
| theodoraantar@gmail.com | | **Mailing Address:** | |
| 856 shagbark drive orange ct 06477 | | **Telephone Number:** | |
| 2032738419 | | **Relationship:** | |
| plaintiff | | **Fee Waiver:** | |
| No | | **Hearing Dates:** | |

1) 11/23/2022 GRIFFIN,CHRISTOPHER

Return to Transcript Home

Copyright Judicial Branch © 2023

## State of Connecticut
# Judicial Branch

| | |
|---|---|
| **E-Services Menu** | **Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout |
| **E-Services Inbox** | **Transcript Status** |
| **Transcript Home** | **Type:** JD-ES-38 |

**Transcript Status**

**Type:** JD-ES-38
**Date Requested:** 7/22/2023 9:36:56 AM
**Current Status:** Processing

**Transcript Details**

**Order ID:** 21997
**Proceeding** In-person
**Conducted:**
NNH - New Haven        **Judicial District:**
Wachter v Antar
NNH-FA-23-5056534-S
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 shagbark drive, Orange, Ct, 06477
2032738419
respondent
No
1) 04/24/2023 GROSSMAN,JANE

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

Return to Transcript Home

Copyright Judicial Branch © 2023

## State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com**   Logout

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 9:50:34 AM |
| **Current Status:** | Processing |

### Transcript Details

| | | | |
|---|---|---|---|
| **Order ID:** | 21998 | | |
| **Proceeding Conducted:** | In-person | **Case Name:** | |
| | | **Trial Docket Number:** | |
| NNH - New Haven | **Judicial District:** | **Trial Court Location:** | |
| Antar v Viglione | | **Case Type:** | |
| NNH-FA16-4068691-S | | **Case Tried To:** | |
| 235 Church | | **Appeal To:** | |
| Family | | **Appeal:** | |
| Court | | **Previous Transcript:** | |
| Appellate Court | | **Person Ordering:** | |
| From judgment involving custody of minor children | | **Email Address:** | |
| No | | **Mailing Address:** | |
| Theodora Antar | | **Telephone Number:** | |
| theodoraantar@gmail.com | | **Relationship:** | |
| 856 Shagbark Drive, Orange, CT, 06477 | | **Fee Waiver:** | |
| 2032738419 | | **Hearing Dates:** | |
| plaintiff | | | |
| No | | | |

  1) 10/11/2022 GROSSMAN,JANE

Return to Transcript Home

Copyright Judicial Branch © 2023

# State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 7/22/2023 9:52:41 AM |
| **Current Status:** | Processing |

## Transcript Details

| | | |
|---|---|---|
| **Order ID:** | 21999 | |
| **Proceeding** | Unknown | |
| **Conducted:** | | **Judicial District:** |

HHB - New Britain

Lodice v Lodice

HHB-FA-13-4034032

20 Franklin Square

Family

Court

Appellate Court

From judgment involving custody of minor children

No

theodora antar

theodoraantar@gmail.com

856 shagbark drive, orange ct 06477

2032738419

No

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

1) 10/02/2019 ABERY-WETSTONE,HOLLY

Return to Transcript Home

Copyright Judicial Branch © 2023



State of Connecticut
# Judicial Branch

---

E-Services Menu

E-Services Inbox

Transcript Home

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

**Instructions:** Welcome to your transcript requests. You can use this page to add a new transcript request or to review existing ones. How Do I...

Choose a transcript type to start your request:  Choose a Transcript Type                    ⌄

Start Transcript Request

**Pending Requests:** 11

| Date Requested | Type | Case Name | Request Details | Status | |
|---|---|---|---|---|---|
| 07/22/2023 | JD-ES-38 | Lodice v Lodice | **Dates Ordered:** 10-02-2019 ABERY-WETSTONE, HOLLY<br>**Docket No:** HHB-FA-13-4034032 | Processing | View |
| 07/22/2023 | JD-ES-38 | Antar v Viglione | **Dates Ordered:** 10-11-2022 GROSSMAN, JANE<br>**Docket No:** NNH-FA16-4068691-S | Processing | View |
| 07/22/2023 | JD-ES-38 | Wachter v Antar | **Dates Ordered:** 04-24-2023 GROSSMAN, JANE<br>**Docket No:** NNH-FA-23-5056534-S | Processing | View |
| 07/22/2023 | JD-ES-38 | State v Lodice | **Dates Ordered:** 01-30-2023 JONES, SCOTT<br>03-01-2023 JONES, SCOTT<br>03-29-2023 JONES, SCOTT<br>04-14-2023 JONES, SCOTT<br>05-01-2023 JONES, SCOTT<br>**Docket No:** A05DCR230190622S | Processing | View |
| 07/22/2023 | JD-ES-38 | Antar v Lodice | **Dates Ordered:** 02-28-2022 GROSSMAN, JANE<br>**Docket No:** NNH-FA-22-5052817 | Processing | View |
| 07/22/2023 | JD-ES-38 | Antar v Lodice | **Dates Ordered:** 03-08-2021 PRICE-BORELAND, MAUREEN<br>**Docket No:** NNH-FA-21-5049981-S | Processing | View |
| 07/22/2023 | JD-ES-38 | Antar v Lodice | **Dates Ordered:** 12-29-2020 PRICE-BORELAND, MAUREEN<br>**Docket No:** NNH-FA-20-5049515 | Processing | View |
| 07/22/2023 | JD-ES-38 | Antar v | **Dates Ordered:** 11-23-2022 GRIFFIN | Processing | View |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| ~~07/22/2023~~ | ~~JD-ES-38~~ | ~~Antar v~~ Lodie | ~~Dates Ordered:~~ ~~11-05-2022 GRAHAM,~~ CHRISTOPHER | ~~Processing~~ | ~~View~~ |
|  |  |  | **Docket No:** NNH-FA-225055233S |  |  |
| 07/22/2023 | JD-ES-38 | Antar v Lodice | **Dates Ordered:** 11-05-2019 GREEN, DONALD | Processing | View |
|  |  |  | **Docket No:** NNH-FA-19-6096801S |  |  |
| 07/22/2023 | JD-ES-38 | Antar v Lodice | **Dates Ordered:** 11-07-2019 KLAU, DANIEL | Processing | View |
|  |  |  | 03-09-2022 AGUILAR, JENNIFER |  |  |
|  |  |  | 04-08-2022 GROSSMAN, JANE |  |  |
|  |  |  | 04-12-2022 PRICE-BORELAND, MAUREEN |  |  |
|  |  |  | 06-01-2022 GILMAN, FREDERIC |  |  |
|  |  |  | 06-28-2022 GROSSMAN, JANE |  |  |
|  |  |  | 06-29-2022 FERGUSON, MICHAEL |  |  |
|  |  |  | 09-12-2022 AGUILAR, JENNIFER |  |  |
|  |  |  | 12-01-2022 GROSSMAN, JANE |  |  |
|  |  |  | 03-27-2023 GROSSMAN, JANE |  |  |
|  |  |  | 04-05-2023 GROSSMAN, JANE |  |  |
|  |  |  | 05-25-2023 GROSSMAN, JANE |  |  |
|  |  |  | 06-15-2023 GROSSMAN, JANE |  |  |
|  |  |  | 07-03-2023 GOULD, MARK |  |  |
|  |  |  | **Docket No:** NNH-FA-19-5046828S |  |  |
| 07/22/2023 | JD-ES-38 | State v Lodice | **Dates Ordered:** 06-22-2023 JONES, SCOTT | Processing | View |
|  |  |  | **Docket No:** A05D-CR23-0190622S |  |  |

**Completed Requests:** 35 requests displayed out of 43 total

| Date Completed | Type | Case Name | Request Details | Status |  |
|---|---|---|---|---|---|
| 06/25/2023 | JD-ES-262 | State v Lodice | **Dates Ordered:** 06-22-2023 JONES, SCOTT | Order Finished |  |
|  |  |  | **Docket No:** A05D-CR23-0190622S |  | View |
| 06/22/2023 | JD-ES-38 | State v Lodice | **Dates Ordered:** 06-22-2023 JONES, SCOTT | Order Finished |  |
|  |  |  | **Docket No:** A05DCR230190622S |  | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 11-05-2019 GREEN, DONALD | Order Finished |  |
|  |  |  | **Docket No:** NNH-FA-19-6096801S |  | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar | **Dates Ordered:** 11-07-2019 | Request |  |

| | | | | | |
|---|---|---|---|---|---|
| | | | KLAU, DANIEL<br>**Docket No:** NNH-FA-19-<br>5046828S | cancelled | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v<br>Matthew Lodice | **Dates Ordered:** 11-23-2022<br>GRIFFIN, CHRISTOPHER<br>**Docket No:** NNH-FA-<br>225055233S | Order<br>Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v<br>Matthew Lodice | **Dates Ordered:** 09-12-2022<br>AGUILAR, JENNIFER<br>**Docket No:** NNH-FA-19-<br>5046828S | Order<br>Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v<br>Matthew Lodice | **Dates Ordered:** 12-29-2020<br>PRICE-BORELAND, MAUREEN<br>**Docket No:** NNH-FA-20-<br>5049515-S | Order<br>Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v<br>Matthew Lodice | **Dates Ordered:** 03-08-2021<br>PRICE-BORELAND, MAUREEN<br>**Docket No:** NNH-FA-21-<br>5049981-S | Order<br>Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v.<br>Matthew J. Lodice | **Dates Ordered:** 02-28-2022<br>GROSSMAN, JANE<br>**Docket No:** NNH-FA-22-<br>5052817 | Order<br>Finished | View |
| 06/20/2023 | JD-ES-38 | State v Lodice | **Dates Ordered:** 01-30-2023<br>JONES, SCOTT<br>03-01-2023 JONES, SCOTT<br>03-29-2023 JONES, SCOTT<br>04-14-2023 JONES, SCOTT<br>05-01-2023 JONES, SCOTT<br>**Docket No:**<br>A05DCR230190622S | Order<br>Finished | View |
| 06/20/2023 | JD-ES-38 | State v. Katagis | **Dates Ordered:** 06-04-2009<br>DAMIANI, RICHARD<br>**Docket No:** NNH-CR-07-<br>0075571-T | Order<br>Finished | View |
| 06/20/2023 | JD-ES-38 | Mark Wachter v.<br>Theodora Antar | **Dates Ordered:** 04-24-2023<br>GROSSMAN, JANE<br>**Docket No:** NNH-FA-23-<br>5056534-S | Order<br>Finished | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v.<br>Gerald Viglione | **Dates Ordered:** 10-11-2022<br>GROSSMAN, JANE<br>**Docket No:** NNH-FA16- | Order<br>Finished | View |

4068691-S

| | | | | |
|---|---|---|---|---|
| 06/17/2023 | JD-ES-38 | LODICE, MONICA V. LODICE, MATTHEW, J | **Dates Ordered:** 10-02-2019 ABERY-WETSTONE, HOLLY **Docket No:** HHB-FA-13-4034032-S | Order Finished | View |
| 06/17/2023 | JD-ES-38 | Antar V Lodice | **Dates Ordered:** 11-07-2019 KLAU, DANIEL 03-09-2022 AGUILAR, JENNIFER 04-08-2022 GROSSMAN, JANE 04-12-2022 PRICE-BORELAND, MAUREEN 06-01-2022 GILMAN, FREDERIC 06-28-2022 GROSSMAN, JANE 06-29-2022 FERGUSON, MICHAEL 12-01-2022 GROSSMAN, JANE 03-27-2023 GROSSMAN, JANE 04-05-2023 GROSSMAN, JANE 05-25-2023 GROSSMAN, JANE 06-15-2023 GROSSMAN, JANE **Docket No:** NNH-FA-19-5046828S | Order Finished | View |
| 06/15/2023 | JD-ES-262 | Antar v lodice | **Dates Ordered:** 06-15-2023 GROSSMAN, JANE **Docket No:** Nnhfa195046828 | Order Finished | View |
| 06/15/2023 | JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 06-15-2023 GROSSMAN, JANE **Docket No:** Nnh-fa-19-5046828s | Request cancelled | View |
| 06/08/2023 | JD-ES-262 | Monica Lodice v Matthew Lodice | **Dates Ordered:** 10-02-2019 **Docket No:** HHB-FA13-4034032-S | Order Finished | View |
| 06/08/2023 | JD-ES-262 | State v Katagis | **Dates Ordered:** 06-04-2009 **Docket No:** NNH-CR-07-0075571-T | Order Finished | View |
| 06/08/2023 | JD-ES-262 | Mark Wachter v. Theodora Antar | **Dates Ordered:** 04-24-2023 GROSSMAN, JANE **Docket No:** NNH-FA23-5056534-S | Order Finished | View |
| 06/08/2023 | JD-ES-38 | Theodora F. Antar v. | **Dates Ordered:** 10-27-2022 | Request |

| | | | | |
|---|---|---|---|---|
| 06/06/2023 JD-ES-38 | Theodora T. Antar v. Matthew J. Lodice | **Dates Ordered:** 10-27-2022 GROSSMAN, JANE **Docket No:** NNHFA195046828S | Request cancelled | [View](#) |
| 06/01/2023 JD-ES-262 | Theodora Antar v Gerald Viglione | **Dates Ordered:** 10-11-2022 GROSSMAN, JANE **Docket No:** NNH-FA16-4068691-S | Order Finished | [View](#) |
| 06/01/2023 JD-ES-262 | state v lodice | **Dates Ordered:** 04-14-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | [View](#) |
| 06/01/2023 JD-ES-262 | state v lodice | **Dates Ordered:** 03-29-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | [View](#) |
| 06/01/2023 JD-ES-262 | state v lodice | **Dates Ordered:** 05-01-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | [View](#) |
| 06/01/2023 JD-ES-262 | State V Lodice | **Dates Ordered:** 03-01-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | [View](#) |
| 06/01/2023 JD-ES-262 | State V Lodice | **Dates Ordered:** 01-30-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | [View](#) |
| 06/01/2023 JD-ES-262 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 02-25-2022 GROSSMAN, JANE 02-28-2022 **Docket No:** FA-22-5052817 | Order Finished | [View](#) |
| 05/31/2023 JD-ES-262 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 03-08-2021 PRICE-BORELAND, MAUREEN **Docket No:** NNH-FA-21-5049981-S | Order Finished | [View](#) |
| 05/31/2023 JD-ES-262 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 12-29-2020 PRICE-BORELAND, MAUREEN **Docket No:** NNH-FA20-5049515-S | Order Finished | [View](#) |
| 05/31/2023 JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 05-25-2023 GROSSMAN, JANE | Request cancelled | . .. |

| | | | | |
|---|---|---|---|---|
| | | | **Docket No:** NNH-FA19-5046828-S | <u>View</u> |
| 05/22/2023 JD-ES-262 | Antar, Theodora F. Vs. Lodice, Matthew J. | **Dates Ordered:** 09-12-2022 AGUILAR, JENNIFER 11-23-2022 GRIFFIN, CHRISTOPHER 12-01-2022 GROSSMAN, JANE 01-30-2023 JONES, SCOTT 03-01-2023 JONES, SCOTT 03-27-2023 GROSSMAN, JANE 03-29-2023 JONES, SCOTT 04-05-2023 GROSSMAN, JANE 04-14-2023 JONES, SCOTT 05-01-2023 JONES, SCOTT 05-25-2023 GROSSMAN, JANE **Docket No:** NNH-FA19-5046828-S | Order Finished | <u>View</u> |
| 07/28/2022 JD-ES-262 | Antar, Theodora F. Vs Lodice, Matthew J. | **Dates Ordered:** 03-09-2022 AGUILAR, JENNIFER **Docket No:** Nnhfa195046828s | Order Finished | <u>View</u> |
| 07/25/2022 JD-ES-262 | Antar, Theodora F. Vs. Lodice, Matthew J. | **Dates Ordered:** 11-07-2019 KLAU, DANIEL 04-08-2022 GROSSMAN, JANE 04-12-2022 PRICE-BORELAND, MAUREEN 06-01-2022 GILMAN, FREDERIC 06-28-2022 GROSSMAN, JANE 06-29-2022 FERGUSON, MICHAEL **Docket No:** NNH-FA19-5046828-S | Order Finished | <u>View</u> |
| 07/25/2022 JD-ES-262 | Antar, Theodora F. Vs. Lodice, Matthew J. | **Dates Ordered:** 11-05-2019 GREEN, DONALD **Docket No:** NNH-FA19-6096801-S | Order Finished | <u>View</u> |

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 22, 2023, I served a copy of the foregoing to all counsel and parties on record as listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action/Respondent #2)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Honorable Judge Jane Kupson Grossman (Respondent #1) of the New Haven Superior

Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT

Nancy.Sasser@jud.ct.gov

Support Enforcement Services (Juris 104033) SES New Haven

414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services

50 Humphrey St, New Haven, CT, 06513


July 22, 2023 Respectfully

submitted, /s/ Theodora F. Antar

*Petitioner, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419

## **CERTIFICATION**

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the forgoing was sent electronically this 22nd day of July, 2023, to:  Matthew J. Lodice, acting pro se, 48 Quarry Hill rd, Waterbury, Ct, 06706, matthewlodice@gmail.com.  It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law.  It is also certified that this document complies with all applicable rules of appellate procedure.

PLAINTIFF-APPELLANT

BY:        /S/
**Acting Pro Se: Theodora F. Antar.**
856 Shagbark Drive
Orange, CT, 06477
theodoraantar@gmail.com

**AC46666**

**TA**

 **Plaintiff /**
**Appellee**

  V

**ML**

 **Defendant /**

**Appellant**

      **APPELLATE COURT**

      **STATE OF CONNECTICUT**

      **DATE   JULY 22, 2023**

<u>**CERTIFICATE REGARDING TRANSCRIPT**</u>

    Pursuant to Practice Book § 63-4 (a) (2), the plaintiff-appellant

states she has ordered a copy of all proceedings, as detailed in the

attached Notice of Appeal Transcript Order.  A copy of the court

reporter's acknowledgment thereof will be forwarded when received.

       PLAINTIFF-APPELLANT

       BY: ____/S/_____
       **Acting** Pro Se: Theodora F. Antar.
       856 Shagbark Drive
       Orange, CT, 06477
       theodoraantar@gmail.com

<u>**CERTIFICATION**</u>

    Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of

the forgoing was sent electronically this 19th day of June, 2023, to:

MATTHEW J. LODICE
Acting Pro Se
48 QUARRY HILL ROAD, WATERBURY, CT, 06706
Email matthewlodice@gmail.com

It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law.  It is also certified that this document complies with all applicable rules of appellate procedure.


PLAINTIFF-APPELLANT


BY: _____/S/_____
Acting Pro Se: Theodora F. Antar.
856 Shagbark Drive
Orange, CT, 06477
theodoraantar@gmail.com