**Order On Writ of Mandamus AC 232030**

Docket Number: AC46666
Issue Date: 7/25/2023
Sent By: Supreme/Appellate

---

### Order On Writ of Mandamus AC 232030

AC46666    T. A.   v. M. L.

Notice Issued: 7/25/2023 11:35:52 AM

**Notice Content:**

**Motion Filed: 7/6/2023**
**Motion Filed By: Identity Protected - Appellant**
**Order Date: 07/25/2023**

**Order: Other**

No action necessary.  Appeal withdrawn.

By the Court
  Hanna, Sarah

Notice sent to Counsel of Record